**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UZEZI AJOMALE individually and on behalf of similarly situated individuals,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**QUICKEN LOANS, INC.,**<br><br>       **Defendant.** | Case No.  17-539-JB-MU |

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW the Plaintiff and hereby moves the Court to amend the current Scheduling Order (Doc. 56) to allow for limited additional merits-related discovery and the filing of all dispositive motions address the individual claims and to defer any additional class discovery until after the dispositive motions are adjudicated.  As grounds, Plaintiff states follows:

1.   On October 12, 2018, the Court entered a Supplemental Rule 16(b) Scheduling Order setting out deadlines for both class and merits discovery.   The current discovery cut-off is May 15, 2019.  (Doc. 56).

2.   Since these deadlines were set, the parties have participated in discovery both diligently and in good faith. The parties have completed paper discovery, Plaintiff has conducted a 30(b)(6) deposition of Quicken and Plaintiff's deposition is scheduled for May 14, 2019. However, a limited follow-up 30(b)(6) deposition is needed to address aspects of the relevant Quicken policies which the designated witness was unable to address.  The policy-related issues affect the individual claim for willful violation of the FCRA.

      3.      Should the case proceed on the class claims, additional class discovery will be needed. However, Plaintiff submits that such discovery could be deferred until after ruling on the dispositive motions addressing the individual case.

      4.      Plaintiff submits that it would serve judicial economy if an additional limited period of discovery were allowed for the above-described merits discovery, followed by dispositive motions and briefing on the individual claims, and a separate discovery period to take place in the event the claims survive the dispositive motions.

      5.      Therefore, Plaintiff requests that the existing Scheduling Order by amended as follows:

      A. The discovery deadline will be extended to June 30, 2019 for the limited purpose of merits discovery on the individual claims;

      B. Defendant has until July 31, 2019 to file any dispositive motion on Plaintiff's individual claims; and

      C. Should the case proceed beyond the dispositive motion stage, the parties shall submit proposed dates for class discovery, designation of class-related experts, motion for class certification and other class-related deadlines.

      6.      Plaintiff has met and conferred with counsel for Quicken regarding this proposed change. Defense counsel has indicated that Quicken opposes the requested relief and will be submitting an opposition to this motion.

*Signatures continued onto next page.*

Respectfully submitted this the 10th day of May, 2019.

                                                      */s/ Kenneth J. Riemer*
                                                      KENNETH J. RIEMER (RIEMK8712)
                                                      Underwood & Riemer, P.C.
                                                      2153 Airport Boulevard
                                                      Mobile, Alabama 36606
                                                      Phone: 251.432.9212
                                                      Email: kriemer@alalaw.com
                                                      ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this foregoing pleading has been served upon the on all parties via this Court's CM/ECF electronic filing system on May 10, 2019:

                                                      */s/ Kenneth J. Riemer*
                                                     KENNETH J. RIEMER (RIEMK8712)