

2/20

| | |
|---|---|
| on Betcher<br>5:50pm<br>How are you | |
| | Ajibola Ajomale<br>5:50pm<br>Good, thanks for asking |
| Jon Betcher<br>5:51pm<br>How can I help you? | |
| | Ajibola Ajomale<br>5:51pm<br>Looking to refinance my existing mortgage and see if I can qualify for a VA loan |
| Jon Betcher<br>5:52pm<br>Sure, how much do you owe and what is it worth? | |

QuickenLoans000011

**5:53pm**
Ok, I see you owe about $148,000 and pay just under $1200 a month

Is that correct

**Ajibola Ajomale**
**5:53pm**
Yeah, but unfortunately it's currently a 40 year term

**Jon Betcher**
**5:54pm**
Ok, but, it may be eligbile for HARP, since it is backed by Fannie Mae - Do you want a 15 or 30 year?

**Ajibola Ajomale**
**5:54pm**
I'll try both to see which one will work

**5:55pm**
But i'd like to try the VA first, if possible

**Jon Betcher**
**5:55pm**
I can look at both options, do you have a 2nd mortgage as well? Do you want to leave that alone, or roll that in if we can

**Ajibola Ajomale**
**5:55pm**
Yes, i do have 2nd mortgage

**Jon Betcher**
**5:56pm**
Do you want that into this, or leave that alone

**Ajibola Ajomale**
**5:56pm**
Let's leave it as it is for now

**Jon Betcher**
**5:56pm**
Ok, now, do you get any VA disbaility income?

**Ajibola Ajomale**
**5:57pm**
Yes

**Jon Betcher**
**5:57pm**
OK, thank you for your service. What is the interest rate on both the 1st and the 2nd mortgage

**Ajibola Ajomale**
**5:59pm**
1st is 6.375%; give me a min to check on the second

**Jon Betcher**
**5:59pm**
Thank you

**Ajibola Ajomale**

**6:01pm**
7.99%

**Jon Betcher**
**6:01pm**
Ok, that is a high rate. Are you sure you want to leave that alone?

**6:02pm**
Would make sense to combine both of those, and get a rate much lower

**Ajibola Ajomale**
**6:03pm**
I'll give it a shot

**Jon Betcher**
**6:03pm**
Ok - I just think it makes a lot of sense, Ill run both a 15 and 30 year for you combining both loans into 1 - Is this a single family, primary home

**Ajibola Ajomale**
**6:03pm**
Bal on that is $26,808.27

**Jon Betcher**
**6:03pm**
Yes

**Ajibola Ajomale**
**6:04pm**
SOkay

**Jon Betcher**
**6:04pm**
?

**Ajibola Ajomale**
**6:04pm**
*Okay*

**Jon Betcher**
**6:05pm**
No, I asked if this was a single family, primary home

**Ajibola Ajomale**
**6:05pm**
Oh, I only saw a question mark

Yes, it is

**Jon Betcher**
**6:05pm**
What branch of the military do you or did you serve?

**Ajibola Ajomale**
**6:06pm**
Army

**Jon Betcher**

**6:06pm**
Thanks for your service!! What is your job title, and income like per month or year, as well as for Uzezi

**Ajibola Ajomale**
6:07pm
Mine: [redacted]

6:08pm
Uzezi: $30,000/Yr

**Jon Betcher**
6:08pm
Ok, Uzezi credit is under 620, it is in the low 500

s

Only chance we have is to have mortgage in your name, and keep you both on title

**Ajibola Ajomale**
6:09pm
That's fine

**Jon Betcher**
6:09pm
Do you want taxes and insurance, in the payment?

**Ajibola Ajomale**
6:09pm
As in Escrow?

If so, yes

**Jon Betcher**
6:09pm
Yes

6:10pm
Outstanding. Now I am going to ask 18 questions about your property/home – Please look over carefully, if any of the questions below are a YES, please let me know which one(s) that is. Thank you! IF all are no, just reply, all are no 1. Is there visible water damage? 2. Any Chipped or peeling paint? 3. Any missing hand rails? 4. Is the home Vacant 5. Are there any holes in the roof or siding? 6. Any major ongoing renovations currently taking place to the home? 7. Do you have a well or septic? If so, is it shared? 8. Any structural repairs needed to the home at this time? 9. Is there anything that would cause an appraisal issue on this home? 10. Is your house a working farm? 11. Is your home commercial? 12. Do you run a business out of your home? 13. Are there any manufactured or mobile homes on this property? 14. Is there anything unique about your property? 15. Are there any exposed floorboards or studs? 16. Do you own any other properties? 17. Is your home on over 10 acres? 18. Do you have any leased solar panels on home? IF all are no, just say no - IF any are a YES, let me know which # - Thank you

**Ajibola Ajomale**
6:11pm
No to all

**Jon Betcher**
6:12pm

QuickenLoans000014

I show property taxes are $900 per year, and I show home insurance is anywhere from $1300 to $3300 a year, do you know how much your total home insurance is, so I can give you accurate payment? Thank you

**Ajibola Ajomale**
6:13pm

It's currently $2662 but it's going to change once I finalize paperwork with a new insurance company

Jon Betcher
6:13pm

Ok, thank you! I will use that amount for now, be back in 5 minutes with both the 15 and 30 year option, thanks Ajibola!

**Ajibola Ajomale**
6:14pm

Okay

Jon Betcher
6:15pm

Do I have your property tax right at $900, or is that to low for the year?

**Ajibola Ajomale**
6:17pm

It's around that ball park ... 890+

Jon Betcher
6:21pm

Thanks. Option 1 - 30 year fixed VA - Rate - 3.99% Payment with both loans into 1 and escrow - $1130. You save $400 per month and cut down term. Fees rolled in - $1998. OPtion 2 - 15 year VA - Rate - 3.625% LOCKED. Payment - $1565. Payment goes up about $28 a month, but you cut term way down! Same fees rolled in. The fees on both options are VERY low. Zero out of pocket costs at closing. We take a $400 deposit to lock in pricing and to cover upfront fees, but, we credit that back towards loan at closing. What do you think?

6:22pm

you will also skip at least 1 payment and get back all escrow you have now

**Ajibola Ajomale**
6:25pm

Option 2 is not fixed?

Jon Betcher
6:25pm

Yes, both are, 3.625% locked, and paid off in 15 years

**Ajibola Ajomale**
6:27pm

Gotcha!

6:28pm

Now, with the new insurance rate, which is going to be lower than what I'm paying now, how does that factor in?

Jon Betcher
6:28pm

Just let us know, before we close, and the payment will lower before you sign for closing

6:29pm

Want to move forward with one of these options, Ajibola?

**Ajibola Ajomale**
6:30pm

Option 1 would be ideal but I have to come up with the deposit

**Jon Betcher**
6:30pm

If you are 100% on board, I will waive that - But I would need everything E signed by 10PM EST tonight, as well as a paystub, w2, and VA income uploaded. Can that happen?

**Ajibola Ajomale**
6:32pm

That wouldn't be a problem. ▮▮▮▮▮▮▮▮▮▮.com

**Jon Betcher**
6:33pm

oK, just need to get a few things from you - Where do you work? What is work address? What is job title? What is worth phone? How long have you worked there for?

**Ajibola Ajomale**
6:34pm

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6:35pm

▮▮▮▮▮▮▮▮▮▮

**Jon Betcher**
6:35pm

For VA purposes - I need to know the name, relation, address, and phone # for your closest relative that does not live in this home with you

**Ajibola Ajomale**
6:36pm

Give me a sec, please

**Jon Betcher**
6:36pm

Sure!

**Ajibola Ajomale**
6:39pm

Jude Ejiobi, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Jon Betcher**
6:39pm

Thank you! Phone #?

6:40pm

and reltaion

**Ajibola Ajomale**
6:40pm

▮▮▮▮▮▮▮▮▮▮

Cousin

**Jon Betcher**
6:40pm

Thank you! I will email you shortly, with what we need. Please check email within the hour. Also, while I have you on here. Do you know anyone friends or family, I could call, and see if i can help save them money?

**Ajibola Ajomale**
6:41pm

Noe that I can think of now but if I do, I'll be sure to pass on the info.

I'll be looking forward to the email later on

Jon Betcher
6:41pm

Thank you! I will email you within the hour. Thanks again! We just need it completed by 10PM. Any questions - JB@quickenloans.com or 313 373 1702

Thank you so much!

**Ajibola Ajomale**
6:42pm

Okay. Thanks.

Jon Betcher
6:42pm

Your welcome!

Bye for now

**Ajibola Ajomale**
6:43pm

Bye!

QuickenLoans000017