# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UZEZI AJOMALE, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 1:17-539-JB-MU** |
| | ) |
| QUICKEN LOANS, INC., | ) |
| | ) |
|       **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered March 19, 2020 (Doc. 92), it **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 19th day of March, 2019.

                                                        /s/ JEFFREY U. BEAVERSTOCK
                                                        UNITED STATES DISTRICT JUDGE